# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EUGENE W. JAMES & MIA Y. JAMES  
710 JOHN STREET  
ROCKFORD, IL  61103  

SSN-xxx-xx-2329 & xxx-xx-9258

Case Number: 08-71793

Case filed on: 6/6/2008  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,407.77          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 1,991.62 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 1,991.62 | 0.00 |
| 002 | GRAYSTONE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | KGH INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MICHELLE DEOLIVEIRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 872.76 | 872.76 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 874.19 | 874.19 | 0.00 | 0.00 |
|  | Total Priority | 1,746.95 | 1,746.95 | 0.00 | 0.00 |
| 999 | EUGENE W. JAMES | 0.00 | 0.00 | 250.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 250.00 | 0.00 |
| 001 | EVERHOME MORTGAGE | 12,946.61 | 12,946.61 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 2,379.00 | 2,379.00 | 0.00 | 0.00 |
| 005 | WINNEBAGO COUNTY TREASURER | 2,013.00 | 2,013.00 | 0.00 | 0.00 |
|  | Total Secured | 17,338.61 | 17,338.61 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 2,387.44 | 2,387.44 | 0.00 | 0.00 |
| 009 | AAA COMMUNITY FINANCE | 1,978.70 | 1,978.70 | 0.00 | 0.00 |
| 010 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 206.59 | 206.59 | 0.00 | 0.00 |
| 012 | BOYLAN CATHOLIC HIGH SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 5,123.05 | 5,123.05 | 0.00 | 0.00 |
| 015 | JOSEPH MANN & CREED | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JUSTIN HAKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LINCOLN RENT-ALL & SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 4,740.35 | 4,740.35 | 0.00 | 0.00 |
| 019 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 349.28 | 349.28 | 0.00 | 0.00 |
| 021 | US BANK/RETAIL PAYMENT SOLUTIONS | 1,063.41 | 1,063.41 | 0.00 | 0.00 |
| 022 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | US BANK/RETAIL PAYMENT SOLUTIONS | 567.92 | 567.92 | 0.00 | 0.00 |
| 024 | MIDLAND CREDIT MANAGEMENT INC | 415.36 | 415.36 | 0.00 | 0.00 |
| 025 | JEFFERSON CAPITAL SYSTEMS, LLC | 633.00 | 633.00 | 0.00 | 0.00 |
| 026 | TARGET NATIONAL BANK | 865.31 | 865.31 | 0.00 | 0.00 |
|  | Total Unsecured | 18,330.41 | 18,330.41 | 0.00 | 0.00 |
|  | Grand Total: | 39,415.97 | 39,415.97 | 2,241.62 | 0.00 |

Total Paid Claimant:      $2,241.62  
Trustee Allowance:         $166.15  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan